1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           CASE NO. 2:14-CR-106-GEB

12              Plaintiff,             STIPULATION AND PROTECTIVE ORDER

13       v.

14 DONALD J. PEEL,

15              Defendant.

16

17       Plaintiff United States of America, by and through its attorney of record, Assistant United States

18 Attorney MATTHEW MORRIS, and defendant DONALD J. PEEL by and through his attorney

19 DOUGLAS BEEVERS,, hereby stipulate as follows:

   1. Portions of the discovery in this case are expected to contain identifying information of a
20
   minor who is alleged by the government to be a victim of a crime, including but not limited to her name,
21
   date of birth, and address (hereinafter "Protected Information").
22
   2. In the absence of a protective order, numerous redactions would be necessary to avoid the
23
   unauthorized disclosure or dissemination of Protected Information to individuals not party to the court
24
   proceedings in this matter.
25
   3. By this stipulation, the parties jointly request that the Court issue a protective order pursuant to
26
   Rule 16(d) of the Federal Rules of Criminal Procedure and its general supervisory authority.
27
   4. The Protective Order applies to all discovery containing Protected Information. Discovery
28

   STIPULATION AND PROPOSED PROTECTIVE ORDER         1

1  that does not contain Protected Information is not subject to the Protective Order.

2       5. **Defense Counsel, defense counsel(s) staff, investigator(s), and expert(s)**: Discovery containing Protected Information may be shared, copied and viewed by members of the defense team listed above only as necessary for the preparation of the defense in this case. This includes the defendant's counsel as well as any staff, investigator, or expert hired by either counsel. Discovery containing Protected Information shall not be disseminated to any other person except by further order of the Court. The terms "staff," "investigator," and "expert" shall not be construed to describe any defendant or other person not: (1) regularly employed by counsel, or (2) licensed as an investigator, or (3) retained as an expert.

     6. **Defendant**: The defendant may review items containing un-redacted Protected Information in the presence of defense counsel (criminal or civil), defense counsel(s) staff, investigator(s), or expert(s). Those persons who have access to un-redacted Protected Information shall not give a copy of the un-redacted Protected Information to the defendant without further order of the Court.

     7. **Others:** Neither the defendant, defense counsel, or defense counsel's staff, investigator(s), and expert(s) shall give documents that contain Protected Information (or copies of such documents) to any person, or otherwise transmit Protected Information to any person without providing a copy. Copies of documents in which all Protected Information has been redacted may be given to other parties without further order of the Court.

     8. **Court Filings:** Parties will redact Protected Information from any Court filings and refrain from otherwise placing Protected Information in the public record. If necessary to file Protected Information in Court filings, parties will either redact Protected Information from public filings or seek leave of the Court to file materials containing that information under seal, if redaction would frustrate the purposes of making the filing.

\\\
\\\
\\\
\\\
\\\

9. Nothing in this stipulation will be construed to prevent defense counsel, counsel's staff, investigator(s), or expert(s) a reasonable opportunity to prepare.

**IT IS SO STIPULATED**.

Dated:  May 29, 2014                         BENJAMIN B. WAGNER
                                             United States Attorney

                                             By:  /s/ MATTHEW G. MORRIS
                                                  MATTHEW G. MORRIS
                                                  Assistant United States Attorney

Dated:  May 29, 2014                         HEATHER E. WILLIAMS
                                             Federal Defender

                                             By:  /s/ Douglas Beevers (auth 5/27/14)
                                                  DOUGLAS BEEVERS
                                                  Assistant Federal Defender

**IT IS SO ORDERED**.

Dated:  May 29, 2014

                                             _____
Dad1.crim                                    DALE A. DROZD
Peel0106.stipo.protord.docx                  ~~UNITED STATES MAGISTRATE JUDGE~~

STIPULATION AND PROPOSED PROTECTIVE ORDER           3