UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>DONALD J. PEEL,<br><br>Movant. | No. 2:14-cr-0106 GEB CKD<br><br><br><br>ORDER |

Movant, a federal prisoner proceeding pro se, has filed motions for an extension of time; to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255; and to proceed in forma pauperis. (ECF Nos. 43-45.) However, the indictment in this action was dismissed on July 7, 2014 (ECF No. 29), and it appears that movant intended to file his motions in United States v. Peel, 2:14-cr-0192 GEB, in which he was sentenced to 210 months for transportation of a minor to engage in prohibited sexual conduct (18 U.S.C. § 2423(a)). Movant will therefore be required to advise whether he intended to file his motions in his other case. If movant advises that he intended to file his motions in United States v. Peel, 2:14-cr-0192 GEB, the Clerk of the Court will be ordered to file the motions in that case. If movant confirms that his motions were filed in the correct case, it will be recommended that the motions be denied because there is no sentence to vacate, set aside, or correct.

////

1

Accordingly, IT IS HEREBY ORDERED that within seven days from the service of this order, movant must advise the court whether his motions for an extension of time; to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255; and to proceed in forma pauperis were properly filed in case number 2:14-cr-0106, or whether he meant to file them in case number 2:14-cr-0192.

Dated: November 15, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:peel0106.clarification