UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Respondent, <br> v. <br> DONALD J. PEEL, <br> Movant. | No. 2:14-cr-0106 GEB CKD <br><br> ORDER |

Movant, a federal prisoner proceeding pro se, has filed motions for an extension of time; to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255; and to proceed in forma pauperis. (ECF Nos. 43-45.) By order filed November 15, 2019, movant was ordered to advise the court whether he intended to file his motions in this case or in his other case, United States v. Peel, 2:14-cr-0192 GEB. (ECF No. 48.) He was further advised that if he intended to file his motions in United States v. Peel, 2:14-cr-0192 GEB, the Clerk of the Court would be ordered to file the motions in that case. Movant has now filed a notice confirming that he mistakenly filed his motions in this case and intended to file them in case number 2:14-cr-0192 GEB. (ECF No. 50.)

Accordingly, IT IS HEREBY ORDERED that

1. The motions for an extension of time; to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255; and to proceed in forma pauperis (ECF Nos. 43-45) shall be

1

disregarded.

2. The Clerk of the Court is directed to file movant's motions for an extension of time; to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255; and to proceed in forma pauperis (ECF Nos. 43-45) in <u>United States v. Peel</u>, 2:14-cr-0192 GEB, with a filing date of October 31, 2019.

Dated: December 2, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:peel0106.transfer